OCTOBER 24, 1960

No. 64821.—SUIT 5019.—George D. Spiers, doing business as The Payne-Spiers Studios *v.* United States (George L. Payne, Party in Interest).—

C.D. 2119 affirmed July 6, 1960. C.A.D. 742.

OCTOBER 25, 1960

No. 64822.—SUIT 5009.—Jack and Jill Togs, Inc. *v.* United States (W. T. Grant Co., Party in Interest).—

—C.D. 2092 affirmed July 20, 1960. C.A.D. 749.

BEFORE THE SECOND DIVISION, OCTOBER 31, 1960

No. 64823.—Steinberg Bros. *v.* United States, protest 236314–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fabrics similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.